(Rev. 10/2002) Complaint

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

Renand ViIJean

Plaintiff(s)

4:14cv209-MW/CAS

v.

Carolyn W. Colvin
Commissioner of Social Security

Defendant(s)

## COMPLAINT

I, Renand ViIJean, plaintiff, in the above styled cause, sues defendant(s): Carolyn W. Colvin

*(Allegation of jurisdiction, i.e., under which federal law or section of the U.S. Constitution this action is being filed)*

This action is filed under: 42 U.S.C. 423 (d) (1) (A) that definition is qualified, however, as follows: "An individual shall be determined to be under a disability only if his physical or mental impairment or impairments are of such severity that he is not only unable to do his previous work but cannot, considering his age, education, and work experience, engage in any other kind of substantial gainful work which exists in the national economy." Section 423 (d)(2)(A) (Emphasis added).

(Rev. 10/2002) Complaint

*(Statement of Facts)*

In (on) on September 21, 2012 Administrative Law Judge denied my request due to discrepancy and incomplete Medical reports presented to Honorable (Administration Law Judge) by Health Care Providers, and Hospitals included doctors and Specialists.

(Rev. 10/2002) Complaint

*(Relief request, i.e., State what you want the Court to do or award)*

Wherefore, Renand ViLJean for Review of Honorable (Administrative Law Judge)

Signed this **17** day of **APRIL**, 20 **14**.

**Renand ViLJEAN**
Printed or typed name of Filer

_____
Florida Bar Number

**(561) 317-8005**
Phone Number

**2107 N. Dixie Hwy**
Street Address

**West Palm Beach, FL 33407**
City, State, Zip Code

*[signature]*
Signature of Filer

**RenandViLJEAN@yahoo.com**
E-mail address

_____
Facsimile Number

April 15 , 2014

**Appellant:** Renand Viljean :  SS# ⬛1253

**Defendant:** Carolyn W. Colvin (commissioner of social security)

## REQUEST FOR REVIEW OF ADMINISTRATIVE LAW JUDGE'S DECISION

Renand Viljean respectfully request for administrative law Judge's decision made on September 21, 2012 due to discrepancy and incomplete medical reports presented to Honorable (Administrative Law Judge) by Health care provider, Hospitals and Doctors.

In 2005 I went to work for my employer (Adelphia Cable); I cannot recall what happened that day.  My manager sent me to see the company doctors and specialists, and they recommended treatments for six months. During the treatments my employer (Adelphia Cable) told me I cannot return to work as the doctors and specialists recommended.

In November 2006 I fell in palm Beach County Jail: x-rays showed that I was fracture included broken coccyx/sacrum.  As of today I am still fracture, still suffering and my coccyx/sacrum still broken.  And Palm Beach County jail did not send the complete medical record to Social Security Administration.

Since that time  I have been going to see doctors and specialists nothing worked for me.

June 29, 2010  I could not take it anymore I went to St. Mary's Medical Center and Diagnosis showed:  Osteoarthritis.

February 14, 2011  Palm Beach County Health department gave a referral to a specialist:  Dr. Girard and Dr. Girard referred me to First Rehabilitation:  1920 Palm Beach Lakes Blvd.  suite 110 west palm beach, Fl. 33409.  Tel: (561) 6887911.  And first Rehabilitation tried to help me but nothing worked.  Doctor Girard also referred me to Rheumatologist  I am still waiting to see a rheumatologist.

February 24, 2012 the intensity of the pain was beyond what I could take and I went back to St. Mary's Medical Center. Diagnosis: showed I have Osteoarthritis.

October 3, 2011 Palm Beach County Health Department referred me to see Dr. Baker and the neurosurgeon that worked with Dr. Baker did not accept the health care district insurance that I have. And Health care District told me that I have to wait till they can find a neurosurgeon that accept they insurance.

December 14, 2011 Palm Beach County Health Department referred me specialty: neurosurgery since that day I have been waiting for approval from Health care District.

October 2012 Palm Beach County Health Department referred me to Dr. Theofilos and on October 16, 2012 I had my first surgery: Anterior Cervical discectomy and Fusion. After the surgery Dr. Theofilos sent me back to Palm Beach Garden medical Center for MRI and Cat scan that showed I have bone fracture.

St. mary's Hospital, Good Samaritain Hospital, Columbia Hospital (west Palm Hospital) diagnostic and tests revealed: I have gouts and arthritis

And I still cannot work and still under doctors and psychiatric care.

These are doctors and specialists who have examined me:

Dr. Lisa M. Sandler Dept. of education 3111 S. Dixie Hwy, suite 100 West Palm Beach, FL. 33405. Phone: (561) 650-6804.

Dr. Michael E. Ray 1401 Forum way, suite 300 West Palm Beach, FL. 33401. Phone: (561) 478-1104

Dr. Louis J. Butera 2151 45th street suite 102 West Palm Beach, FL.33407. Phone (561) 296-4120.

Dr. Joan Cooper 8259 North Military trail suite 12 Palm Beach Gardens, FL. 33410. Phone (561) 776-2266.

Dr. Pierre Girard 5601 corporate way, suite 108 West Palm Beach, FL. 33407. Phone: (561) 689-1003.

First Rehabilitation 1920 Palm Beach Lakes Blvd. suite 110 West Palm Beach, FL. 33409. Phone (561) 688-7911.

Dr. Caro 1041 45th street West Palm Beach, FL. 33407. Phone: (561) 383-5706

Dr. Fleurinor Palm Beach County Health Dept. 1150 45th street West Palm Beach, FL. 33407. Phone (561) 514-5300.

Dr. Gonzalez Piña Palm Beach County Health Dept. 1150 45th street West Palm Beach, FL. 33407. Phone (561) 514-5300.

Dr. John Baker 2047 Palm Beach Lakes Blvd. West Palm Beach, FL. 33401. Phone (561) 296-1188.

Dr. Theofilos 11621 Kew Gardens Ave. suite 101 Palm Beach Gardens, FL. 33410. Phone (561) 630-3870.

Dr. Friedman Joel St. Mary's Medical Center 901 45th street West Palm Beach, FL. 33407. Phone (561) 882-9944.

Dr. Lalani Farah St. Mary's Medical Center 901 45th street West Palm Beach, FL. 33407. Phone (561) 882-9944.

Dr. H. Donald Lambe 3540 Forest Hill blvd. suite 102 West Palm Beach, FL. 33406. Phone (561) 964-1200

These are the medications I am taking:

Lisinop 40 mg tab  1 a day.

Cyclobenzapr 10 mg tab  1 a day.

Trazodone hcl 50 mg tab  1 a day.

Triamter/hctz 37.5/25 mg tab 1 a day.

Ibuprofen 800 mg tab    one 3 times a day.

Risperidone 3 mg tab    1 a day.

Vitamin D 1000 Unit cap   1 a day.

Gemfibrozil 600 mg tab 1 a day.

Allopurinol 100 mg tab 1 a day.

Imipram 50 mg tab 1 a day

## SERVICE CERTIFICATION

This is to certify that a true copy of this request has been sent to:

Carolyn W. Colvin
Office of the Regional Chief Counsel, Region IV
Social Security Administration
Atlanta Federal Center
61 Forsyth Street S.W., Suite 20T45
Atlanta, GA 30303-8920


Eric H. Holder, JR.
Attorney General of the United States, Washington, DC 20530



**CHARLES F. EDWARDS, ASSISTANT U.S. TRUSTEE**

110 EAST PARK AVE., SUITE 128

TALLAHASSEE, FL 32301

**Phone**: 850-521-5050 **Fax**: 850-521-5055



**Paul G. Rogers Federal Building and U.S. Courthouse**
701 Clematis Street
West Palm Beach, FL 33401



      Respectfully submitted  _____   Renand Viljean